UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. A. RASMUSSEN COMPANY, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>KEITH STALION LANDSCAPING, et al.<br><br>Defendant(s). | CASE NO. C05-2725BZ ~~3:05CV02727-BZ~~<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

HOLLI L. HARTMAN, an active member in good standing of the bar of COLORADO, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing UNDERGROUND CONSTRUCTION, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

Dated: July 05

_____
United States District/Magistrate Judge