UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C. A. RASMUSSEN COMPANY, LLC,

    Plaintiff(s),

v.

KEITH STALION LANDSCAPING, et al.

    Defendant(s).

CASE NO. C05-2725 BZ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

LAURIN D. QUIAT, an active member in good standing of the bar of COLORADO, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing UNDERGROUND CONSTRUCTION, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

Dated: 7 July 05

United States District/Magistrate Judge