ANDRE Y. BATES, Bar No. 178170
BAKER & HOSTETLER LLP
333 South Grand Avenue, Suite 1800
Los Angeles, California 90071
Telephone: (213) 975-1600
Facsimile: (213) 975-1740
Email: abates@bakerlaw.com

Attorneys for Defendant
Underground Construction, Inc.

LAURIN D. QUIAT, admitted *pro hac vice*
HOLLI L. HARTMAN, admitted *pro hac vice*
BAKER & HOSTETLER LLP
303 E. 17th Avenue, Suite 1100
Denver, Colorado 80203
Telephone: (303) 861-0600
Facsimile: (303) 861-7805

Of Counsel for Defendant
Underground Construction, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| C.A. RASMUSSEN COMPANY, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KEITH STALION LANDSCAPING, an unknown business entity; FEDCO CONSTRUCTION, INC., a corporation; V. DOLAN TRUCKING, INC.; a California corporation; UNDERGROUND CONSTRUCTION, INC., a California corporation; AVERY & AVERY EXCAVATING; an unknown business entity; ARGONAUT CONSTRUCTORS, INC., a California corporation; NORTHWESTERN CONTRACTING CORPORATION, an unknown business entity; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 05-02725 BZ<br><br>**STIPULATION TO STAY UNDERGROUND CONSTRUCTION, INC.'S AND AVERY & AVERY EXCAVATING'S PARTICIPATION IN CASE MANAGEMENT AND INITIAL DISCLOSURE ACTIVITIES PENDING RULING ON MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT** |

1    Defendant Underground Construction, Inc. ("Underground"), Plaintiff C.A. Rasmussen

2    Company, LLC ("Rasmussen"), Defendant V. Dolan Trucking, Inc. ("Dolan"), Defendant

3    Argonaut Constructors, Inc. and Avery & Avery Excavating ("Avery"), by and through their

4    counsel of record, stipulate and agree to the following and request the Court to approve this

5    Stipulation and enter an Order in accordance herewith:

6    1.    In mid- September 2003, Rasmussen and Underground reached a settlement in the

7    above-captioned action. On September 23, 2005, Underground filed a Notice of Motion and

8    Motion for Approval of Settlement Agreement and Entry of Order Barring Contribution Claims,

9    setting a hearing for the matter for November 9, 2005 at 10 a.m.

10   2.    In addition, Avery has reached a settlement in principle with Rasmussen and

11   expects to execute a settlement agreement shortly, at which time it will also file a motion for good

12   faith settlement.

13   3.    The Court's Order Setting Initial Case Management Conference sets the following

14   case schedule for the parties:

15       (a)    October 11, 2005, last day to meet and confer re initial disclosures, early

16   settlement, ADR process selection, and discovery plan.

17       (b)    October 11, 2005, last day to file Joint ADR Certification with Stipulation

18   to ADR process or Notice of Need for ADR Phone Conference.

19       (c)    October 24, 2005, last day to complete initial disclosures or state objection

20   in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report.

21       (d)    October 31, 2005, Case Management Conference in Courtroom G.

22   4.    Underground has entered into an early settlement with Rasmussen in part to avoid

23   the costs associated with litigation, especially the costs related to disclosure and discovery

24   requirements. Avery contemplates entering settlement shortly for the same reason. If

25   Underground's Motion for Approval of Settlement Agreement and Entry of Order Barring

26   Contribution Claims is granted, then Underground's participation in this case will end or be

27   limited. The same holds true for Avery's anticipated motion. Therefore, Underground and Avery

28   request that the Court enter a stay with respect to their participation in the events listed in

- 2 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

Paragraph 3 above until the Court rules on Underground's pending motion and Avery's anticipated motion.

5.  The other parties to this action with counsel of record stipulate and agree that Underground and Avery need not participate in the events listed in Paragraph 3 above until a ruling is made on their respective motions regarding settlement.

6.  No party to this action will be prejudiced by an Order staying Underground's and Avery's participation in the case management and initial disclosure activities. If Underground's motion for approval of the settlement agreement is denied, then Underground shall provide its initial disclosures and confer with counsel on other matters in a timely fashion. If Avery has not executed a settlement agreement and filed a motion for good faith settlement by October 31, 2005, it will make initial disclosures at that time. If Avery files a motion before November 1, 2005, for good faith settlement but that motion is subsequently denied, Avery will make its initial disclosures promptly upon such denial.

THEREFORE, the parties respectfully request that an Order be entered staying Underground's participation in the case schedule set forth in the Court's Order Setting Initial Case Management Conference, including service of initial disclosures and participation in the Case Management Conference, until after the Court has entered a ruling on Underground's Motion for Approval of Settlement Agreement and Entry of Order Barring Contribution Claims. The parties further request that Avery's participation in the Court's Order be stayed until the time set forth in paragraph 6 above.

| | |
|---|---|
| Dated: October 6, 2005. | BAKER & HOSTETLER LLP<br>ANDRE Y. BATES<br>LAURIN D. QUIAT<br>HOLLI L. HARTMAN<br><br>/s/<br>―――――――――――――――<br>Andre Y. Bates<br><br>Attorneys for Defendant<br>Underground Construction, Inc. |
| LAW OFFICES OF LAURA D EACH<br>LAURA D. EACH<br><br>/s/<br>―――――――――――――――<br>Laura D. Each<br><br>Attorney for Plaintiff C.A. Rasmussen Company, LLC | LAW OFFICE OF HANS W. HERB<br>HANS W. HERB<br><br>/s/<br>―――――――――――――――<br>Hans W. Herb<br><br>Attorney for Argonaut Constructors |
| BADDELEY, OLIKER & SARTORI<br>ROBERT P. OLIKER<br><br>/s/<br>―――――――――――――――<br>Robert P. Oliker<br><br>Attorneys for V. Dolan Trucking, Inc. | SEDGWICK, DETERT, MORAN & ARNOLD, LLP<br>SCOTT D. MROZ<br>BRETT H. BAILEY<br><br>/s/<br>―――――――――――――――<br>Brett H. Bailey<br><br>Attorneys for Avery & Avery Excavating |

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Oct. 6, 2005 — IT IS SO ORDERED — Judge Bernard Zimmerman]

―――――――――――――――
The Honorable Bernard Zimmerman
Magistrate Judge, United States District Court,
Northern District of California

- 4 -

STIPULATION
CV 05-02725 BZ