1  Daniel E. Park, SBN 174524
   CHRISTENSEN, MILLER, FINK, JACOBS,
2  GLASER, WEIL & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
3  Los Angeles, CA 90067
   Telephone: (310) 553-3000
4  Facsimile: (310) 556-2920

5  Laura D. Each, SBN 203141
   Law Offices of Laura D. Each
6  5776 Lindero Canyon Road, D-233
   Westlake Village, CA 91362
7  Telephone: (818) 665-4083
   Facsimile: (818) 206-3230
8

9  Attorney for Cross-Complainant and Cross- Defendant
   C.A. Rasmussen Company, LLC
10

11

12
                    UNITED STATES DISTRICT COURT
13
                  NINTH CIRCUIT -- NORTHERN DISTRICT
14

15

16 | C. A. RASMUSSEN COMPANY, LLC, a        | CASE NO. C05 2725 BZ
   | California limited liability company,  |
17 |                   Plaintiff,            |
   |                                         | [PROPOSED] ORDER RE:
18 | ]                                       | APPLICATION AND ORDER FOR
   |                                         | AMENDMENT TO COMPLAINT
19 |       vs.                               |

20

21 | KEITH STALION DBA KEITH STALION
   | LANDSCAPING LANDSCAPING, an
22 | individual; FEDCO CONSTRUCTION, INC., a
   | corporation; V. DOLAN TRUCKING, INC.; a
23 | California corporation; UNDERGROUND
   | CONSTRUCTION, INC., a California
24 | corporation; AVERY & AVERY
   | EXCAVATING; an unknown business entity;
25 | ARGONAUT CONSTRUCTORS, INC., a
26 | California corporation; NORTHWESTERN
   | CONSTRUCTION; an unknown business
27 | entity; and DOES 1 through 50, inclusive,
28 |                   Defendants.

                                  1

AND RELATED CROSS-ACTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the application of Plaintiff C. A. Rasmussen Company, LLC for an Order granting leave to amend the Complaint has been examined and considered by the court, in good cause appearing therefore:

The application of Plaintiff C. A. Rasmussen Company, LLC for leave to file an amended complaint is granted and it is hereby ordered that the First Amended Complaint be deemed filed and served on all parties that have appeared in the action. All other parties shall be served within thirty (30) days of this Order.

Dated: 

IT IS SO ORDERED

_____

Hon. Bernard Zimmerman

Magistrate Judge

Counsel is reminded to look at FR Civ Pro 15.

2