# Law Offices of Laura D. Each, PC

October 24, 2005

Hon. Bernard Zimmerman
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    C. A. Rasmussen Company, LLC v. Keith Stalion et al.

Dear Judge Zimmerman:

    Please allow this letter to serve as a request to appear telephonically at the Case Management Conference on October 31, 2005. My office is located in Southern California and I would like to avoid the cost of traveling to Northern California. Thank you for your consideration.

    Very truly yours,

    Laura D. Each



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Oct. 25, 2005
GRANTED
Judge Bernard Zimmerman

5776 Lindero Canyon Road, D-233
Westlake Village, California 91362

Telephone: (818) 665-4083
Facsimile: (818) 206-3230
Email: lauraeach@adelphia.net