1  ANDRE Y. BATES, Bar No. 178170
   BAKER & HOSTETLER LLP
2  333 South Grand Avenue, Suite 1800
   Los Angeles, California 90071
3  Telephone: (213) 975-1600
   Facsimile: (213) 975-1740
4  Email: abates@bakerlaw.com

5  Attorneys for Defendant
   Underground Construction, Inc.

6
   LAURIN D. QUIAT, admitted *pro hac vice*
7  HOLLI L. HARTMAN, admitted *pro hac vice*
   BAKER & HOSTETLER LLP
8  303 E. 17th Avenue, Suite 1100
   Denver, Colorado 80203
9  Telephone: (303) 861-0600
   Facsimile: (303) 861-7805

10 Of Counsel for Defendant Underground
   Construction, Inc.
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15 | C.A. RASMUSSEN COMPANY, LLC, a | Case No. CV 05-02725 BZ |
   California limited liability company,

16                                    **STIPULATION FOR EXTENSION OF**
         Plaintiff,                    **TIME IN WHICH UNDERGROUND**
17                                    **CONSTRUCTION, INC. MAY RESPOND**
   v.                                 **TO CROSS COMPLAINT OF V. DOLAN**
18                                    **TRUCKING**
   KEITH STALION LANDSCAPING, an
19 unknown business entity; FEDCO
   CONSTRUCTION, INC., a corporation; V.
20 DOLAN TRUCKING, INC.; a California
   corporation; UNDERGROUND
21 CONSTRUCTION, INC., a California
   corporation; AVERY & AVERY
22 EXCAVATING; an unknown business
   entity; ARGONAUT CONSTRUCTORS,
23 INC., a California corporation;
   NORTHWESTERN CONTRACTING
24 CORPORATION, an unknown business
   entity; and DOES 1 through 50, inclusive,
25
         Defendants,
26
   AND RELATED ACTIONS.
27

28

                                                          STIPULATION
                                                          CV 05-02725 BZ

Defendant and Cross-Defendant Underground Construction, Inc. ("Underground") and Defendant and Cross-Claimant V. Dolan Trucking, Inc. ("Dolan"), by and through their counsel of record, pursuant to Civil L.R. 6-1(a) stipulate and agree to the following:

1. Underground shall have an extension through and including November 15, 2005 in which to file its responsive pleading to Dolan's Cross Complaint filed September 23, 2005.

2. This extension is the first extension Underground has sought for its response to the Cross Complaint. The extension will not prejudice any other party to the action or affect any other deadlines imposed by the Court in this action.

Dated: October 24, 2005.

BAKER & HOSTETLER LLP
ANDRE Y. BATES
LAURIN D. QUIAT
HOLLI L. HARTMAN

/s/
Andre Y. Bates

Attorneys for Defendant
Underground Construction, Inc.

BADDELEY, OLIKER & SARTORI
ROBERT P. OLIKER

/s/
Robert P. Oliker

Attorneys for V. Dolan Trucking, Inc.

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

October 26, 2005

The Honorable Bernard Zimmerman
Magistrate Judge, United States District Court
Northern District of California

IT IS SO ORDERED
Judge Bernard Zimmerman

STIPULATION
CV 05-02725 BZ

- 2 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW