ANDRE Y. BATES, Bar No. 178170
BAKER & HOSTETLER LLP
333 South Grand Avenue, Suite 1800
Los Angeles, California 90071
Telephone: (213) 975-1600
Facsimile: (213) 975-1740
Email: abates@bakerlaw.com

Attorneys for Defendant
Underground Construction, Inc.

LAURIN D. QUIAT, admitted *pro hac vice*
HOLLI L. HARTMAN, admitted *pro hac vice*
BAKER & HOSTETLER LLP
303 E. 17th Avenue, Suite 1100
Denver, Colorado 80203
Telephone: (303) 861-0600
Facsimile: (303) 861-7805

Of Counsel for Defendant
Underground Construction, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| C.A. RASMUSSEN COMPANY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KEITH STALION LANDSCAPING, an unknown business entity; FEDCO CONSTRUCTION, INC., a corporation; V. DOLAN TRUCKING, INC.; a California corporation; UNDERGROUND CONSTRUCTION, INC., a California corporation; AVERY & AVERY EXCAVATING; an unknown business entity; ARGONAUT CONSTRUCTORS, INC., a California corporation; NORTHWESTERN CONTRACTING CORPORATION, an unknown business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 05-02725 BZ<br><br>**~~PROPOSED~~ ORDER RE: DEFENDANT UNDERGROUND CONSTRUCTION, INC.'S REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Date: October 31, 2005<br>Time: 4:00 p.m.<br>Place: Courtroom G<br>Judge: Hon. Bernard Zimmerman |

This matter comes before the Court on Defendant Underground Construction, Inc.'s request to participate by telephone in the Case Management Conference set in the above-captioned action to commence at 4 p.m., October 31, 2005. The Court, having reviewed the request and being fully advised on the premises set forth therein, hereby GRANTS the request.

DATED this 31st day of October, 2005.



_____
Judge Bernard Zimmerman
United States Magistrate Judge, Northern District of California

- 2 -

NOTICE OF NON-OPPOSITION
CV 05-02725 BZ