UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| C.A. RASMUSSEN CO. LLC., | ) | |
| | ) | |
| Plaintiffs, | ) | No. C05-2725 BZ |
| | ) | |
| v. | ) | **ORDER SCHEDULING** |
| | ) | **JURY TRIAL AND** |
| KEITH STALION LANDSCAPING, | ) | **PRETRIAL MATTERS** |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ―――――――――――――――――――――― | ) | |

Following the Case Management Conference, **IT IS HEREBY ORDERED** that the Case Management Statement is adopted, except as expressly modified by this Order.  It is further **ORDERED** that:

1.  <u>DATES</u>

Trial Date: Monday, 7/17/2006, five days, at **8:30 a.m.**

Pretrial Conference: Tuesday, 6/27/2006, at **4:00 p.m.**

Last Day to Hear Dispositive Motions: Wednesday, 5/17/2006

Last Day for Expert Discovery: Friday, 4/7/2006

Last Day for Expert Disclosure: Friday, 3/31/2006

Close of Non-expert Discovery: Friday, 3/24/2006

///

2.  <u>DISCLOSURE AND DISCOVERY</u>

The parties are reminded that a failure to voluntarily disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

In the event a discovery dispute arises, **lead counsel** for each party shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court does not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers. The party seeking discovery shall request a conference in a letter served on all parties not exceeding two pages (with no attachments) which briefly explains the nature of the action and the issues in dispute.  Other parties shall reply in similar fashion within two days of receiving the letter requesting the conference.  The Court will contact the parties to schedule the conference.

3.  <u>MOTIONS</u>

Consult Civil Local Rules 7-1 through 7-5 and this

2

1   Court's standing orders regarding motion practice.  Motions

2   for **summary judgment** shall be accompanied by a statement of

3   the material facts not in dispute supported by citations to

4   admissible evidence.  The parties shall file a joint statement

5   of undisputed facts where possible.  If the parties are unable

6   to reach complete agreement after meeting and conferring, they

7   shall file a joint statement of the undisputed facts about

8   which they do agree.  Any party may then file a separate

9   statement of the additional facts that the party contends are

10  undisputed.  A party who without substantial justification

11  contends that a fact is in dispute is subject to sanctions.  A

12  Chambers copy of all briefs shall be submitted on a diskette

13  formatted in WordPerfect 6.1, 8, 9 or 10 (Windows) or

14  WordPerfect 5.1 (DOS).

15  4.   EARLY NEUTRAL EVALUATION

16      By agreement of the parties, this matter has been

17  referred for an Early Neutral Evaluation to be conducted by

18  January 2006, if possible.  The parties shall promptly notify

19  the Court whether the case is resolved at the Early Neutral

20  Evaluation.

21  5.   SETTLEMENT

22      This case has been referred for assignment to a

23  Magistrate Judge to conduct a settlement conference **April or**

24  **May 2006** in the event the case is not resolved at the Early

25  Neutral Evaluation.  Counsel will be contacted by that judge's

26  chambers with a date and time for the conference.

27  6.   PRETRIAL CONFERENCE

28      Not less than thirty days prior to the date of the

3

1  pretrial conference, the parties shall meet and take all steps

2  necessary to fulfill the requirements of this Order.

3      Not less than twenty days prior to the pretrial

4  conference, the parties shall: (1) serve and file a joint

5  pretrial statement, containing the information listed in

6  **Attachment 1**, and a proposed pretrial order; (2) serve and

7  file trial briefs, motions in limine and statements

8  designating excerpts from discovery that will be offered at

9  trial (specifying the witness and page and line references);

10 (3) exchange exhibits, agree on and number a joint set of

11 exhibits and number separately those exhibits to which the

12 parties cannot agree; (4) deliver all marked trial exhibits

13 directly to the courtroom clerk, Ms. Scott; (5) deliver one

14 extra set of all marked exhibits directly to Chambers; and (6)

15 submit all exhibits in three-ring binders.  Each exhibit shall

16 be marked with an exhibit label as contained in **Attachment 2.**

17     No party shall be permitted to call any witness or offer

18 any exhibit in its case in chief that is not disclosed at

19 pretrial, without leave of Court and for good cause.

20     Lead trial counsel for each party shall meet and confer

21 in an effort to resolve all disputes regarding anticipated

22 testimony, witnesses and exhibits.  All motions in limine and

23 objections to witnesses or exhibits will be heard at the

24 pretrial conference.  Not less than ten days prior to the

25 pretrial conference, the parties shall serve and file any

26 objections to witnesses or exhibits or to the qualifications

27 of an expert witness.  Motions in limine shall be filed and

28 served not less than twenty days prior to the conference.

1    Oppositions shall be filed and served not less than ten days

2    prior to the conference.  There shall be no replies.

3         Not less than twenty days prior to the pretrial

4    conference the parties shall serve and file requested voir

5    dire questions, jury instructions, and forms of verdict.  The

6    following jury instructions from the *Manual of Model Civil*

7    *Jury Instructions for the Ninth Circuit* (1997 ed.) will be

8    given absent objection: 1.1-1.12, 2.1-2.2, 3.1-3.3, 3.5-3.8,

9    4.1-4.3.  Do not submit a copy of these instructions.  Counsel

10   shall submit a joint set of case specific instructions.  Any

11   instructions on which the parties cannot agree may be

12   submitted separately.  The Ninth Circuit Manual should be used

13   where possible.  Each requested instruction shall be typed in

14   full on a separate page with citations to the authority upon

15   which it is based.  Proposed jury instructions taken from the

16   Ninth Circuit Manual need only contain a citation to that

17   source.  Any modifications made to proposed instructions taken

18   from a manual of model instructions must be clearly indicated.

19   In addition, all proposed jury instructions should conform to

20   the format of the Example Jury Instruction attached to this

21   Order.  Not less than ten days prior to the pretrial

22   conference, the parties shall serve and file any objections to

23   separately proposed jury instructions.

24        Jury instructions that the Court has given in prior cases

25   may be downloaded from the Northern District website at

26   **http:\\www.cand.uscourts.gov**.  (Instructions are located on

27   the "Judge Information" page for Magistrate Judge Zimmerman.)

28   The Court will generally give the same instructions in cases

1   involving similar claims unless a party establishes, with

2   supporting authorities, that the instruction is no longer

3   correct or that a different instruction should be given.

4   Judicial Council (CACI) instructions generally will be given

5   instead of BAJI instructions.

6        All proposed jury instructions, motions in limine, forms

7   of verdict and trial briefs shall be accompanied by a floppy

8   diskette containing a copy of the document formatted in

9   WordPerfect 6.1, 8, 9 or 10 (Windows) or WordPerfect 5.1

10  (DOS).

11       At the time of filing the original with the Clerk's

12  Office, two copies of all documents (but only one copy of the

13  exhibits) shall be delivered directly to Chambers (Room 15-

14  6688).  Chambers' copies of all pretrial documents shall be

15  three-hole punched at the side, suitable for insertion into

16  standard, three-ring binders.

17  Dated:  November 8, 2005

18  _____

19                          Bernard Zimmerman
                            United States Magistrate Judge

20

21

22

23

24

25

26

27

28

6

# EXAMPLE PROPOSED JURY INSTRUCTION
## For Chambers of Magistrate Judge Zimmerman

A proposed jury instruction should contain the following elements in the following order: (1) the name of the party submitting the instruction; (2) the title of the instruction; (3) the text of the instruction; (4) the authority for the instruction; (5) blank boxes for the Court to note whether it gives the instruction, refuses to give it, or gives it as modified.  The following proposed instruction contains these elements.

_____

_____'s Proposed Instruction No. \_\_\_\_\_.
(Party)

[Title]

[Text]

[Authority]

\_\_\_\_\_ GIVEN     \_\_\_\_\_ REFUSED   \_\_\_\_\_ GIVEN AS MODIFIED

1

**<u>ATTACHMENT 1</u>**

2

3       The parties shall file a joint pretrial conference
statement containing the following information:

4       (1) **The Action.**

5           (A)  Substance of the Action. A brief
                 description of the substance of
6                claims and defenses which
                 remain to be decided.
7
            (B)  Relief Prayed. A detailed
8                statement of each party's
                 position on the relief claimed,
9                particularly itemizing all
                 elements of damages claimed as
10               well as witnesses, documents or
                 other evidentiary material to be
11               presented concerning the amount
                 of those damages.
12
        (2) **The Factual Basis of the Action.**
13
            (A)  Undisputed Facts. A plain and
14               concise statement of all
                 relevant facts not reasonably
15               disputable, as well as which
                 facts parties will stipulate for
16               incorporation into the trial
                 record without the necessity of
17               supporting testimony or
                 exhibits.
18
            (B)  Disputed Factual Issues. A plain
19               and concise statement of all
                 disputed factual issues which
20               remain to be decided.
21
            (C)  Agreed Statement. A statement
22               assessing whether all or part of
                 the action may be presented upon
                 an agreed statement of facts.
23
            (D)  Stipulations. A statement of
24               stipulations requested or
                 proposed for pretrial or trial
25               purposes.
26      (3) **Trial Preparation.**
27      A brief description of the efforts the parties have made
to resolve disputes over anticipated testimony, exhibits and
28 witnesses.

8

   (A) Witnesses to be Called. In lieu of FRCP 26(a)(3)(A), a list of all witnesses likely to be called at trial, other than solely for impeachment or rebuttal, together with a brief statement following each name describing the substance of the testimony to be given.

   (B) Estimate of Trial Time. An estimate of the number of court days needed for the presentation of each party's case, indicating possible reductions in time through proposed stipulations, agreed statements of facts, or expedited means of presenting testimony and exhibits.

   (C) Use of Discovery Responses. In lieu of FRCP 26(a)(3)(B), cite possible presentation at trial of evidence, other than solely for impeachment or rebuttal, through use of excerpts from depositions, from interrogatory answers, or from responses to requests for admission.  Counsel shall state any objections to use of these materials and that counsel has conferred respecting such objections.

   (D) Further Discovery or Motions. A statement of all remaining motions, including motions in limine.

  (4) **Trial Alternatives and Options.**

   (A) Settlement Discussion. A statement summarizing the status of settlement negotiations and indicating whether further negotiations are likely to be productive.

   (C) Amendments, Dismissals. A statement of requested or proposed amendments to pleadings or dismissals of parties, claims or defenses.

   (D) Bifurcation, Separate Trial of

                 Issues. A statement of whether
bifurcation or a separate trial
of specific issues is feasible
and desired.

    (5) **Miscellaneous.**

    Any other subjects relevant to the trial of the action,
or material to its just, speedy and inexpensive determination.

**ATTACHMENT 2**

**USDC**
Case No. CV05-02725 BZ
**JOINT** Exhibit No._____
Date Entered _____

Signature _____

**USDC**
Case No. CV05-02725 BZ
**JOINT** Exhibit No. _____
Date Entered _____

Signature _____

**USDC**
Case No. CV05-02725 BZ
**JOINT** Exhibit No. _____
Date Entered _____

Signature _____

**USDC**
Case No.  CV05-02725 BZ
**JOINT** Exhibit No. _____
Date Entered _____

Signature _____

**USDC**
Case No.  CV05-02725 BZ
**PLNTF** Exhibit No. _____
Date Entered _____

Signature _____

**USDC**
Case No. CV05-02725 BZ
**PLNTF** Exhibit No. _____
Date Entered _____

Signature _____

**USDC**
Case No. CV05-02725 BZ
**PLNTF** Exhibit No. _____
Date Entered _____

Signature _____

**USDC**
Case No. CV05-02725 BZ
**PLNTF** Exhibit No. _____
Date Entered _____

Signature _____

**USDC**
Case No. CV05-02725 BZ
**DEFT** Exhibit No. _____
Date Entered _____

Signature _____

**USDC**
Case No. CV05-02725 BZ
**DEFT** Exhibit No. _____
Date Entered _____

Signature _____

**USDC**
Case No. CV05-02725 BZ
**DEFT** Exhibit No. _____
Date Entered _____

Signature _____

**USDC**
Case No. CV05-02725 BZ
**DEFT** Exhibit No. _____
Date Entered _____

Signature _____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28