1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C.A. RASMUSSEN CO. LLC.,      )
                             )
          Plaintiffs,        )      No. C05-2725 BZ
                             )
     v.                      )      **ORDER GRANTING DEFENDANT**
                             )      **AVERY & AVERY EXCAVATING'S**
KEITH STALION LANDSCAPING,   )      **MOTION FOR APPROVAL OF**
et al.,                      )      **SETTLEMENT AGREEMENT AND**
                             )      **ENTRY OF ORDER BARRING**
          Defendants.        )      **CONTRIBUTION CLAIMS**
                             )
                             )
_____)

19    For the reasons stated in the Order Granting Defendant

20  Underground Construction, Inc.'s ("Underground") Motion for

21  Approval of Settlement Agreement and Entry of Order Barring

22  Contribution Claims, dated November 30, 2005, **IT IS HEREBY**

23  **ORDERED** that Avery & Avery Excavating's ("Avery") motion

24  for approval of the settlement agreement and entry of order

25  barring contribution claims pursuant to the Uniform

26  Comparative Fault Act is **GRANTED.**  Other parties to this

27  action are barred from bringing claims for contribution

28  against Avery that relate to the claims and disputes that

1

1

are alleged or could have been alleged in this action.

2

Dated: November 30, 2005

3

4

5

Bernard Zimmerman
United States Magistrate Judge

6

7

8

G:\BZALL\-BZCASES\C.A.RASMUSSEN CO\TENTATIVE RULING AVERY.ORDER.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2