1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. A. RASMUSSEN COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEITH STALION LANDSCAPING, an unknown business entity; FEDCO CONSTRUCTION, INC., a corporation; V. DOLAN TRUCKING, INC.; a California corporation; UNDERGROUND CONSTRUCTION, INC., a California corporation; AVERY & AVERY EXCAVATING; an unknown business entity; ARGONAUT CONSTRUCTORS, INC., a California corporation; NORTHWESTERN CONSTRUCTION; an unknown business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C-05-02725 BZ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT FEDCO CONSTRUCTION, INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT<br><br>Date:   December 7, 2005<br>Time:   10:00 a.m.<br>Dept.:   Courtroom G, 15th Floor<br>Judge:   Honorable Bernard Zimmerman |

The Motion to Set Aside Entry of Default against Fedco Construction, Inc. (hereinafter "Fedco") came on regularly for hearing before this Court on December 7, 2005. Counsel from Ropers, Majeski, Kohn & Bentley appeared on behalf of Fedco Construction, Inc. Laura D. Each of the Law Officers of Laura D. Each, P.C. appeared as counsel for C.A. Rasmussen Company, LLC. (hereinafter "Rasmussen").

1  After full consideration of the evidence, the authorities and memorandum submitted by
2  counsel, and the oral arguments of counsel, and good cause appearing therefore, the Court finds
3  that FEDCO's failure to answer Rasmussen's Complaint was due to inadvertent mistake, plaintiff
4  will not suffer prejudice if the default is set aside and FEDCO has alleged meritorious defenses to
5  the causes of action contained in Rasmussen's Complaint. Thus, the entry of default against
6  FEDCO is set aside and FEDCO will be allowed to file a responsive pleading.

7  IT IS HEREBY ORDERED that Defendants Fedco Construction, Inc.'s Motion to Set
8  Aside Entry of Default is GRANTED.

Dated: Nov. 30, 2005

MAGISTRATE JUDGE
STATES DISTRICT COURT
DISTRICT OF

IT IS SO ORDERED
Bernard Zimmerman
Judge Bernard Zimmerman

Fedco shall within 10 days in writing consent to or decline magistrate judge jurisdiction.

The December 7, 2005 hearing on Fedco's Motion to Set Aside Default is VACATED.

RC1/3835111/AM2                                - 2 -
[PROPOSED] ORDER GRANTING FEDCO'S MOTION TO SET ASIDE DEFAULT