UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| C.A. RASMUSSEN CO. LLC., | ) | |
| Plaintiffs, | ) | No. C05-2725 BZ |
| v. | ) | **ORDER VACATING HEARING** |
| KEITH STALION LANDSCAPING, et al., | ) | |
| Defendants. | ) | |

**IT IS ORDERED** that the hearing scheduled for December 7, 2005, at 10:00 a.m. re Defendant Avery & Avery Excavating's Motion for Approval of Settlement and Order Barring Contribution Claims is **VACATED**.

Dated: December 2, 2005

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\C.A.RASMUSSEN CO\ORDER.VACATE.wpd

1