UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.A. RASMUSSEN CO. LLC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KEITH STALION LANDSCAPING, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. C05-2725 BZ <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

Having received no opposition to plaintiff's motion for leave to file an amended complaint as required by Local Rule 7-3(a), the motion is **GRANTED**.

Plaintiff's First Amended Complaint currently lodged with the court is deemed filed and served as of the date of this Order. Defendants shall have ten (10) days from the date of this Order to file a responsive pleading. The hearing currently scheduled for December 21, 2005 is **VACATED**.

Dated: December 19, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\C.A.RASMUSSEN CO\TENTATIVE RULING.AM.COMPL.wpd

1