United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.A. RASMUSSEN CO., LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>KEITH STALION LANDSCAPING, et al.,<br><br>   Defendants._____/ | No. C-05-02725 BZ<br><br>**ORDER EXCUSING INSURANCE REPRESENTATIVES FROM PERSONAL ATTENDANCE (ADR LOCAL RULE 5-10(d)]** |

Good cause appearing, the request to excuse client and insurance representatives from attendance at the Early Neutral Evaluation sessions scheduled for January 9, 2006, made pursuant to ADR Northern District of California, rule 5-10(d), by Fedco Construction, Inc. is granted in part.

IT IS HEREBY ORDERED that pursuant to ADR Northern District of California, rule 5-10(e), insurance representatives for all parties may participate in the ENE session by telephone. Client representatives must participate in person.

**IT IS SO ORDERED.**

Dated: December 23, 2005

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge