| REDWOOD CITY | 1001 Marshall Street |
|---|---|
| Los Angeles | Suite 300 |
| New York | Redwood City, CA 94063 |
| San Francisco | Telephone (650) 364-8200 |
| San Jose | Facsimile (650) 780-1701 |
| | www.ropers.com |

ABRAHAM MERTENS
(650) 780-1676

AMERTENS@ROPERS.COM



April 28, 2006

**Via E-Filing and E-Service**

Magistrate Judge James Larson
United States District Court
Northern District of Califonria
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    <u>Rasmussen v. Stalion, et al.</u>
            Case No. C-05-02725 BZ

Dear Magistrate Judge Larson:

    I am writing to inform the Court that the parties have reached a settlement in this matter and are currently circulating a settlement agreement and release. The parties are currently scheduled to appear on Friday, May 5th for a mandatory settlement conference. Because the case has already settled, that conference is no longer necessary.

    The parties have agreed to file a joint good faith settlement determination motion on shortened notice. The parties intend to file the good faith motion on Monday, May 1st. As I discussed with Magistrate Zimmerman's Calendar Clerk, Lashanda Scott, we respectfully request that Magistrate Zimmerman set a hearing on that motion for May 10th.

    Thank you for your attention to this matter.

                               Sincerely,

                               Abraham Mertens

AM/cm
cc:    Magistrate Judge Bernard Zimmerman and All Counsel (via e-service)

RC1/4017211/AM2