UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| C.A. RASMUSSEN CO. LLC., | ) | |
| Plaintiffs, | ) | No. C05-2725 BZ |
| v. | ) | |
| KEITH STALION LANDSCAPING, et al., | ) | **ORDER SCHEDULING HEARING ON MOTION FOR APPROVAL OF SETTLEMENT** |
| Defendants. | ) | |
| AND RELATED CROSS-CLAIMS. | ) | |

The court is in receipt of the motion for approval of the settlement agreement. The hearing on the motion is scheduled for **June 7, 2006, at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Any opposition to the settlement shall be filed by **May 24, 2006**. Any reply shall be filed by **May 31, 2006**.

A chambers copy of all briefs shall be submitted on a diskette formatted in WordPerfect 6, 8, 9 or 10 or may be e-

1

1 | mailed to the following address:  bzpo@cand.uscourts.gov
2 | Dated:  May 10, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\C.A.RASMUSSEN CO\SETT.SCH.ORDER.wpd