UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| C.A. RASMUSSEN CO. LLC., | ) | |
| | ) | |
| Plaintiffs, | ) | No. C05-2725 BZ |
| | ) | |
| v. | ) | **ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND ENTRY OF ORDER BARRING CONTRIBUTION CLAIMS** |
| | ) | |
| KEITH STALION LANDSCAPING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

No opposition having been filed to the motion for approval of the settlement agreement among C.A. Rasmussen Company, LLC; C.A. Rasmussen, Inc.; Parnum Paving, Inc.; Northwest General Engineering, Inc.; V. Dolan Trucking, Inc.; Argonaut Constructors, Inc.; and Fedco Construction, Inc. (collectively, the "settling parties") and entry of order barring contribution claims pursuant to the Uniform Comparative Fault Act, and for the reasons stated in the Order Granting Defendant Underground Construction, Inc.'s Motion for Approval of Settlement Agreement and Entry of Order Barring Contribution Claims, dated November 30, 2005, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Other parties to this

1  action are barred from bringing claims for contribution
2  against the settling parties that relate to the claims and
3  disputes that are alleged or could have been alleged in this
4  action.  **IT IS FURTHER ORDERED** that the hearing scheduled for
5  June 7, 2006, the pretrial conference and the trial are
6  **VACATED.**
7  Dated:  June 6, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\C.A.RASMUSSEN CO\APPR.SETT.ORDER.wpd