UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| C.A. RASMUSSEN CO. LLC., | ) | |
| Plaintiffs, | ) | No. C05-2725 BZ |
| v. | ) | **ORDER SCHEDULING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| KEITH STALION LANDSCAPING, et al., | ) | |
| Defendants. | ) | |

TO ALL PARTIES AND COUNSEL OF RECORD:

**IT IS HEREBY ORDERED** that pursuant to the Court's discretion under Rule 55(b)(2) of the Federal Civil Rules of Civil Procedure, a hearing on plaintiff's motion for default judgment is set for **Wednesday, August 9, 2006**, **at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

Claims for attorneys' fees should be supported by billing records.  Compliance with 50 App. U.S.C. § 501 et seq. of the Servicemembers' Civil Relief Act may not be satisfied on information and belief.  See 50 App. U.S.C. § 521(b)(1); United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn.

1

1  1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50
2  App. U.S.C. § 521(b)(1)).  The public website
3  https://www.dmdc.osd.mil/scra/owa/home will provide the
4  current active military status of an individual and has
5  instructions on obtaining certificates of service or non-
6  service under the Servicemembers' Civil Relief Act.
7       Plaintiff should be prepared to prove its damages by
8  competent testimony or other admissible evidence.  If
9  plaintiff intends to prove damages by affidavits or
10 declarations, the affiant or declarant should have personal
11 knowledge of all matters to which she testifies.  For all
12 evidence, proper foundations must be established.  For an
13 explanation of the evidentiary requirements for proving
14 damages in a default case, the parties are encouraged to
15 consult Chapter Six of Civil Procedure Before Trial by William
16 W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.
17      Defendant should attend the hearing if it contests the
18 validity or amount of plaintiff's claim.  Seven days before
19 the hearing, on **Wednesday, August 2, 2006**, plaintiff shall
20 file a declaration setting forth in detail all steps taken to
21 serve defendant with notice of this hearing.
22 Dated:  July 5, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\C.A.RASMUSSEN CO\DEF.JUD.SCH.ORD.wpd

2