UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| C.A. RASMUSSEN CO. LLC., | ) | |
| Plaintiffs, | ) | No. C05-2725 BZ |
| v. | ) | **AMENDED** ORDER CORRECTING DATES RE HEARING ON **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| KEITH STALION LANDSCAPING, et al., | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

The court's Order dated 7/5/2006, Docket No. 142 was posted with incorrect hearing dates.  This Order corrects those dates.

**IT IS HEREBY ORDERED** that pursuant to the Court's discretion under Rule 55(b)(2) of the Federal Civil Rules of Civil Procedure, a hearing on plaintiff's motion for default judgment is set for **Wednesday, August 16, 2006**, **at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

Claims for attorneys' fees should be supported by billing records.  Compliance with 50 App. U.S.C. § 501 et seq. of the

1

1  Servicemembers' Civil Relief Act may not be satisfied on
2  information and belief.  <u>See</u> 50 App. U.S.C. § 521(b)(1);
3  <u>United States v. Simmons</u>, 508 F.Supp. 552 (E.D. Tenn.
4  1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50
5  App. U.S.C. § 521(b)(1)).  The public website
6  <u>https://www.dmdc.osd.mil/scra/owa/home</u> will provide the
7  current active military status of an individual and has
8  instructions on obtaining certificates of service or non-
9  service under the Servicemembers' Civil Relief Act.

10       Plaintiff should be prepared to prove its damages by
11 competent testimony or other admissible evidence.  If
12 plaintiff intends to prove damages by affidavits or
13 declarations, the affiant or declarant should have personal
14 knowledge of all matters to which she testifies.  For all
15 evidence, proper foundations must be established.  For an
16 explanation of the evidentiary requirements for proving
17 damages in a default case, the parties are encouraged to
18 consult Chapter Six of <u>Civil Procedure Before Trial</u> by William
19 W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

20       Defendant should attend the hearing if it contests the
21 validity or amount of plaintiff's claim.  Seven days before
22 the hearing, on **Wednesday, August 9, 2006**, plaintiff shall
23 file a declaration setting forth in detail all steps taken to
24 serve defendant with notice of this hearing.

25 Dated:  July 7, 2006

                                   _____
                                        Bernard Zimmerman
                                   United States Magistrate Judge

28 G:\BZALL\-BZCASES\C.A.RASMUSSEN CO\AMENDED.DEF.JUD.SCH.ORD.wpd