UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.A. RASMUSSEN CO. LLC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KEITH STALION LANDSCAPING, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ─────────────────────────── ) | No. C05-2725 BZ <br><br> **BRIEFING ORDER** |

Plaintiff has moved for default judgment against defendant Keith Stalion Landscaping, a landscaping services company which is solely owned and operated by Keith Stalion. In light of the declaration of Michael Fallon [docket # 145], **IT IS HEREBY ORDERED** that plaintiff explain in writing by **September 6, 2006** how it may proceed with a motion for default judgment against Keith Stalion personally if he has filed for bankruptcy.

Dated:  August 22, 2006

　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\C.A.RASMUSSEN CO\BRIEF.DEFJUD.ORDER.wpd

1