UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| C.A. RASMUSSEN COMPANY, LLC, a California limited liability company, | Case No. C05-02725 BZ |
| Plaintiff, | |
| JURISDICTION | JUDGMENT MODIFYING FINAL JUDGMENT |
| vs. | |
| KEITH STALION LANDSCAPING, an unknown business entity; et al. | |
| _____/ | |

The court having considered the joint application of the Plaintiff, C.A. Rasmussen Company, and the Defendant, Keith Stalion Landscaping, for a judgment modifying this court's Final Judgment, the stipulation filed in support thereof, good cause appearing, Judgment shall be entered as follows:

Plaintiff having settled with all defendants except Keith Stalion Landscaping, and the court having entered an Order Granting Plaintiff's Motion for Default Judgment on October 27, 2006, IT IS ORDERED AND ADJUDGED that the plaintiff C.A. Rasmussen Co., LLC recover of the defendant Keith Stalion Landscaping the sum of $17,500, with interest as provided by law and its costs of action. However, subject to Keith and Nina Stalions obligation to assign any and all rights they may have under any and all insurance policies covering any portion of the period between January 1, 2000 and December 31, 2004, Plaintiff shall not attempt to collect or recover the Judgment as a personal liability of Keith and Nina Stalions.

Dated:    December 21, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

1